DIANA G. DICKINSON, ESQ. Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:  702.862.8800
Fax No.:     702.862.8811
Email:        ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Catherine M. Bivens-Beatty,<br><br>  Plaintiff,<br><br>vs.<br><br>Backgroundchecks.com, LLC,<br><br>  Defendant. | Case No. 2:21-cv-00018-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff CATHERINE M. BIVENS-BEATTY ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of January 28, 2021, up to and including **March 1, 2021**.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: January 14, 2021 | Dated: January 14, 2021 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Michael Kind | /s/ Diana G. Dickinson |
| MICHAEL KIND, ESQ.<br>KIND LAW | DIANA G. DICKINSON, ESQ.<br>LITTLER MENDELSON, P.C. |
| GEORGE HAINES, ESQ.<br>GERARDO AVALOS, ESQ.<br>FREEDOM LAW FIRM | Attorney for Defendant<br>BACKGROUNDCHECKS.COM LLC |
| Attorneys for Plaintiff<br>CATHERINE M. BIVENS-BEATTY | |

**IT IS SO ORDERED.**

Dated: Jan. 15, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

4824-4057-7751.1 107811.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.